**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 45 WM 2019
                                 :
              Respondent   :
                                 :
                                 :
              v.                 :
                                 :
                                 :
FRANK D. CLEMENT,           :
                                 :
              Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of September, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.